**BECKER BROTHERS, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 3.

Circuit Court of Appeals, Second Circuit.
Jan. 20, 1930.

John McCormick, of New York City, for appellant.

G. A. Youngquist, Asst. Atty. Gen., and Sewall Key and Andrew D. Sharpe, Sp. Assts. to Atty. Gen. (C. M. Charest, Gen. Counsel, and John McC. Hudson, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., of counsel), for respondent.

Before MANTON, L. HAND, and MACK, Circuit Judges.

PER CURIAM.
Judgment affirmed.

**Kenneth BROWN, Appellant, v. LUCKENBACH STEAMSHIP COMPANY, Respondent.**

No. 241.

Circuit Court of Appeals, Second Circuit.
Jan. 20, 1930.

Silas B. Axtell, of New York City, for appellant.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (Vernon S. Jones, of New York City, of counsel), for respondent.

Before MANTON, L. HAND, and MACK, Circuit Judges.

PER CURIAM.
Order affirmed.

**CLAUDE NEON LIGHTS, Inc., Plaintiff-Appellee, v. PHOTION INSTRUMENT CORPORATION, Photion Electric Corporation, Milton Bergstein, Benjamin Diamond, and Eugene Quarrie, Defendants-Appellants.**

No. 178.

Circuit Court of Appeals, Second Circuit.
Feb. 6, 1930.

Howard F. R. Mulligan, of New York City (M. Theodore Simmons, of New York City, of counsel), for appellant.

Bohleber & Ledbetter, of New York City (Edwin J. Prindle and Wm. Bohleber, both of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Decree [32 F.(2d) 1008] affirmed in open court on the opinion of the District Court.

**CLYDE STEAMSHIP COMPANY, Appellant, v. NEW YORK TRAP ROCK CORPORATION, Appellee.**

No. 126.

Circuit Court of Appeals, Second Circuit.
Jan. 20, 1930.

Burlingham, Veeder, Fearey, Clark & Hupper, of New York City (Chauncey I. Clark and Stanley R. Wright, both of New York City, of counsel), for appellant.

Frederick W. Park, of New York City, for respondent.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Decree affirmed.